UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



ENTERED
SEP 26 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  MAGISTRATE NUMBER: 2:11-mj-00108

FILED UNDER SEAL

HARRY MARSHALL RAE

O R D E R

For the reasons set forth in the Motion to Seal, the United States' Motion to Seal is hereby granted. The United States is authorized to disclose the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest. Upon receipt of the executed Arrest Warrant, the Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal, and this Order shall be unsealed.

ENTER: Sept. 26, 2011

MARY E. STANLEY
United States Magistrate Judge